Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR JONES,<br><br>          Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | Case No.  08 CV 02702-JAM-EFB<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

Plaintiff, VICTOR JONES, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about November 11, 2008.  NCO filed its Answer to the complaint on December 15, 2008.  VICTOR JONES filed a Notice of Acceptance of NCO's Offer of Judgment on January 14, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate any judgment

PDF created with pdfFactory trial version www.pdffactory.com

entered pursuant to the Offer of Judgment, and dismiss the entire action with prejudice. The Court has not yet entered judgment in this matter.

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 2/24/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  /s/ Albert R. Limberg
                                  Albert R. Limberg
                                  Attorney for Defendant
                                  NCO Financial Systems, Inc.

Dated: 2/24/09                KROHN & MOSS

                                  /s/ Ryan Lee
                                  Ryan Lee
                                  Attorney for Plaintiff
                                  Victor Jones

IT IS SO ORDERED:
DATED: 2/24/2009

                                  /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com